# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATE OF AMERICA, | Case No. 2:12-cr-00083-APG-GWF |
|---|---|
| Plaintiff, | **O R D E R** |
| v. | |
| ROBERT KEPHART, | |
| Defendant. | |

**IT IS HEREBY ORDERED** THAT THE US Department of Parole & Probation will prepare a Pre-Plea Investigation Report of the Defendant Robert Kephart. The scope of the Report shall be limited to determining the Defendant's criminal history level. The Report shall be made available to Defendant's counsel on or before August 1, 2013.

Dated: May 24, 2013

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE