1    DANIEL G. BOGDEN
     United States Attorney
2    ERIC JOHNSON
     Chief, Criminal Division
3    Assistant United States Attorney
     333 Las Vegas Boulevard, South, Suite 5000
4    Las Vegas, NV 89101

5
                    **UNITED STATES DISTRICT COURT**
6                         **DISTRICT OF NEVADA**

7
     UNITED STATES OF AMERICA,          )   Case No.  2:12-cr-00083-APG-GWF
8                                       )
                Plaintiff,              )
9                                       )   MOTION UNDER LR IA 10.3 FOR
                                        )   DEPARTMENT OF JUSTICE TRIAL
           v.                           )   ATTORNEY TO APPEAR IN THIS COURT
10                                      )   ON BEHALF OF THE UNITED STATES
     OMAR BUTT, *et al.*                )
11                                      )
                Defendants.             )
12                                      )
     _____ )

13

14        The United States of America, by and through Daniel G. Bogden, United States Attorney,

15   and Eric Johnson, Chief, Criminal Division, Assistant United Sates Attorney, respectfully moves

16   that United States Department of Justice Criminal Division Trial Attorney Jonathan A. Ophardt

17   be permitted to appear in this Court in the above captioned case under LR IA 10.3.  Mr. Ophardt

18   is a member in good standing of the highest court of the State of North Carolina.  In addition,

19   Mr. Ophardt is employed by the United States as an attorney,

20   . . .

21   . . .

22   . . .

23   . . .

1

and in the course and scope of his employment, has occasion to appear in this Court on behalf of the United States.

Dated this 16th day of September, 2013

DANIEL G. BOGDEN
United States Attorney


/s/Eric Johnson
_____

ERIC JOHNSON
Chief, Criminal Division
Assistant United States Attorney


IT IS SO ORDERED


_____
GEORGE FOLEY, JR.
United States Magistrate Judge

DATED: September 18, 2013